**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 97-4153**

————————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CHARLES EDWARD PALMER, JR.,

                              Defendant - Appellant.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District
Judge.  (CR-94-105)

————————————

Submitted:  June 30, 1998        Decided:  August 12, 1998

————————————

Before WIDENER and MICHAEL, Circuit Judges, and HALL, Senior Cir-
cuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

G. Wells Dickson, Jr., Charleston, South Carolina, for Appellant.
Sean Kittrell, OFFICE OF THE UNITED STATES ATTORNEY, Charleston,
West Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Edward Palmer, Jr., appeals from his convictions pursuant to his guilty plea for bank robbery and use of a firearm during an attempted bank robbery in violation of 18 U.S.C.A. § 924(c) (West 1994 & Supp. 1998) and 18 U.S.C. §§ 2113(a), (d) (1994) and his resulting sentence. We affirm.

Palmer's attorney filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), raising as a potentially meritorious issue the district court's denial of Palmer's motion to withdraw his guilty plea and his motion for reconsideration of the same. We have reviewed each of the allegations of error cited below and on appeal and conclude that the district court did not abuse its discretion in denying Palmer's motions. See United States v. Wilson, 81 F.3d 1300, 1305 (4th Cir. 1996) (providing standard). Palmer has also filed a pro se brief raising several allegations of error. We have reviewed each of these claims and determine them to be without merit. Pursuant to Anders, this court has reviewed the record for potential error and has found none. Therefore, we affirm Palmer's conviction and sentence.

This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move this court for leave to withdraw from

2

representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

AFFIRMED